UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND
CIVIL ACTION NOS: 04-191-DLB and 05-207-DLB

IN RE: 1995 DUPONT LITIGATION

MEMORANDUM ORDER

On July 5, 2007, the undersigned filed a Memorandum Order which responded to an oral request by plaintiffs' counsel seeking that a supplemental copy of the May 11, 2007 R&R be filed under seal, in order to identify by full name all plaintiffs who have been dismissed but have been identified to date only by initials. No other party voiced any objection to the filing of a Supplemental R&R. However, in attempting to match up the initials of the identified plaintiffs with the full names listed on the original complaint, the court discovered that two of the "dismissed" plaintiffs identified by initials did not appear to match up with any corresponding names of minor plaintiffs on the original complaint. As explained by the court in its last order on this subject:

> These two "mystery plaintiffs" are identified in defendant's motion to dismiss [DE #139] as "J.A. (Minor by and through her parent R.B.)" and as "S.R. (Minor by and through her parent R.A.)." Plaintiffs' response in opposition to the motion to dismiss also identifies and makes specific allegations concerning both of the mystery plaintiffs, *see* DE #143, p. 6. In addition, plaintiffs' counsel subsequently moved to withdraw from representation of "J.A.," citing her failure to respond to a February 7, 2007 letter from counsel and certifying that a copy of the motion had been served upon J.A. S*ee* DE #145.
>
> As the records of this court do not appear to contain identifiable plaintiffs with the initials "J.A. (Minor by and through her parent R.B.)" or "S.R. (Minor by and through her parent R.A.), **IT IS ORDERED THAT:**
>
> Either party may SHOW CAUSE **on or before July 19, 2007** why the Report and Recommendation filed May 11, 2007 and other records of this court should not be amended to delete the reference to the plaintiffs identified in

>defendant's motion to dismiss as "J.A. (Minor by and through her parent R.B.)" and/or "S.R. (Minor by and through her parent R.A.). Absent a strong showing of cause or expiration of time for doing so, the records of this court will be so corrected.

Memorandum Order, DE #175.

On July 19, 2007, defendant DuPont filed both a redacted response to the show cause order and an unredacted version of the same document under seal which specified the full names of the "mystery plaintiffs" and argued that the original R&R should remain undisturbed. *See* DE #182. No other party timely responded to the "show cause" order, and plaintiffs did not respond to DuPont's proffered explanation of the true names of the "mystery plaintiffs."

The court concludes that DuPont's explanation for the confusion in the identification of minors J.A. and S.R. is fully credible. Accordingly, **IT IS ORDERED:**

1. The dismissal of J.A. and S.R. referenced in the court's R&R of May 11, 2007 and adopted by the presiding district judge on June 26, 2007 shall remain undisturbed;

2. Because the filing of a Supplemental Report & Recommendation may cause greater confusion in the record because the original R&R has already been adopted by the district court, the court declines to amend or supplement its May 11, 2007 Report and Recommendation;

3. In lieu of a supplemental R&R, an Order has been filed under seal herewith which identifies by full name the list of 18 plaintiffs in Ashland 04-191-DLB previously dismissed but identified only by initials on page 9 of the May 11, 2007 R&R.

This 8th day of August, 2007.



Signed By:
**J. Gregory Wehrman**
United States Magistrate Judge